IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-cv-00640-M

| | | |
|---|---|---|
| MARCIELLA POLLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's consent motion seeking to stay discovery pending the court's resolution of the parties' dispositive motions. [DE-18] For good cause shown, Defendant's motion is GRANTED. Discovery is hereby STAYED pending resolution of [DE-11] and [DE-14].

SO ORDERED this the 22d day of JANUARY, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1